STATE of Missouri, Respondent,

v.

**Thomas Brady SHOWMAN, Appellant.**

No. WD 75903.

Missouri Court of Appeals, Western District.

Feb. 18, 2014.

Dora Fichter, Jefferson City, MO, for respondent.

Emmett D. Queender, Columbia, MO, for appellant.

Before Division Three: ANTHONY REX GABBERT, P.J., VICTOR C. HOWARD, THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

Thomas B. Showman appeals from a judgment entered upon a jury verdict convicting him of criminal nonsupport pursuant to Section 568.040, RSMo 2000. We affirm. Rule 30.25(b).